## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANGWA A. NEMBO,      * | |
|                       * | C. A. No.: 1:21-cv-01481-MN |
| Plaintiff,            * | |
|                       * | |
| v.                    * | |
|                       * | |
| WALMART STORES EAST LP, * | |
|                       * | |
| Defendant.            * | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action be and hereby is dismissed with prejudice with the parties to bear their respective fees and costs.

SCHMITTINGER & RODRIGUEZ, P.A.         POTTER ANDERSON & CORROON LLP

By: */s/ Dianna E. Stuart*                By: */s/ Clarissa R. Chenoweth-Shook*
William D. Fletcher, Jr., Esq. (#362)      Kathleen Furey McDonough, Esq. (#2395)
Dianna E. Stuart, Esq. (#6301)             Clarissa R. Chenoweth-Shook, Esq. (#5728)
414 South State Street                     1313 North Market Street
P.O. Box 497                               Wilmington, DE 19801
Dover, DE 19901                            (302) 984-6000
(302) 674-0140                             Attorneys for Defendant
Attorneys for Plaintiff

## ORDER

SO ORDERED this _____ day of _____, 2022.

_____
Judge